# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 AUG -8 PM 12: 52

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RIGOBERTO GONZALEZ (02),<br><br>　　　　　　　　Defendant. | CASE NO. 13CR993-IEG<br><br>BY _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted defendant's motion to dismiss without prejudice; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:
21:841(a)(1) and 846 - Conspiracy to Distribute Marijuana

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 6, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Irma E. Gonzalez
　　　　　　　　　　　　　　　　　U.S. District Judge